IN THE 148TH DISTRICT COURT
OF NUECES COUNTY, TEXAS

AND

RECEIVED
COURT OF CRIMINAL APPEALS
4/20/2015
ABEL ACOSTA, CLERK

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
IN AUSTIN, TEXAS

| | |
|---|---|
| RICHARD VASQUEZ, JR. | ) |
| | ) |
| | ) WRIT NO. 59,201-03 |
| | ) |
| APPLICANT. | ) TRIAL COURT NO. 98-CR-0730-E |
| | ) |
| | ) CAPITAL CASE |
| | ) |
| | ) Scheduled Execution Date: |
| | ) April 23, 2015 |
| | ) |
| | ) |

**Exhibit A**
**Affidavit of Andrew M. Edison**

STATE OF TEXAS        )
                                    )   ss:

COUNTY OF HARRIS     )

## Affidavit of Andrew M. Edison

BEFORE ME, the undersigned authority, on this day personally appeared Andrew M. Edison, who upon being duly sworn by me testified as follows:

1. I am a member of the State Bar of Texas.

2. I am the duly authorized attorney for Richard Vasquez, Jr., and have the authority to prepare and file his Subsequent Application for Post-conviction Writ of Habeas Corpus.

3. Last Wednesday, April 15, I timely filed Mr. Vasquez's subsequent application and a motion for stay of execution in this Court and in the trial court.

4. The State responded on Saturday, April 18, moving the Court to dismiss Mr. Vasquez's application and to deny his motion for a stay.

5. Because the State's motion was not filed until after the timely filing deadline under this Court's Miscellaneous Rule 11-003 had passed, it was factually impossible to file a response to that motion more than seven days before Mr. Vasquez's execution date.

6. I swear under penalty of perjury that these facts are true and correct.

_____
Andrew M. Edison

Subscribed and sworn to before me this 20th day of April, 2015.

_____
Notary Public

My commission expires: __11·18·18__



BETTINA M. CHAVEZ
MY COMMISSION EXPIRES
November 18, 2018